JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE F. GORDON, also known as Chester Newton,<br><br>  Petitioner,<br><br>v.<br><br>F. GONZALEZ, CCI WARDEN,<br><br>  Respondent. | Case No. CV 09-9481-AHM (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 15, 2010

_____
HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge